**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **POWERWEB ENERGY, INC.** and **POWERWEB, INC.,** | : | **CIVIL ACTION** |
| | : | |
| Petitioners | : | |
| v. | : | No. 10-2652 |
| | : | |
| **GE LIGHTING SYSTEMS, INC.** and **GENERAL ELECTRIC COMPANY,** | : | |
| | : | |
| Respondents. | : | |

**O R D E R**

AND NOW, this 2nd day of September, 2011, upon consideration of the Powerweb motion to remand (paper no. 7) and the GE response in opposition (paper no. 12), following a conference held at which counsel for all parties were present and heard, and for the reasons stated in the attached memorandum, it is **ORDERED** that:

1. The Powerweb Energy, Inc. and Powerweb, Inc. motion to remand (paper no. 7) is **GRANTED**. This action is **REMANDED** to the Court of Common Pleas of Philadelphia County. The Clerk shall provide a copy of this order and attached memorandum, together with the record in this action, to the Prothonotary of the Court of Common Pleas of Philadelphia County.

2. The Powerweb Energy, Inc. and Powerweb, Inc. motion for fees and costs is **DENIED**.

3. The Clerk shall mark this action **CLOSED**.

/s/ Norma L. Shapiro

J.